B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Minnesota

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Sky Ventures, LLC | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|
| 41-1985514 | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| 5425 Boone Ave. N<br>New Hope, MN | |
| ZIP Code: 55428 | ZIP Code: |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| Hennepin | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| | |
| ZIP Code: | ZIP Code: |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Sky Ventures, LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Sky Ventures, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X   s/Jacob B. Sellers, #0348879
_____
Signature of Attorney for Debtor(s)

Jacob B. Sellers
Printed Name of Attorney for Debtor(s)

Winthrop & Weinstine
Firm Name

Capella Tower, Ste.3500
225 South Sixth Street
Minneapolis, MN 55402-4629
Address

(612) 604-6400  Fax: (612) 604-6800
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ signature
Signature of Authorized Individual

Barry M. Zelickson
Printed Name of Authorized Individual

Senior Vice President
Title of Authorized Individual

5-14-14
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Minnesota

In re    Sky Ventures, LLC                          Case No. _____

                                       Debtor(s)          Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A+ Services<br>4481 N. Frontage Rd<br>Rochester, MN 55901 | A+ Services<br>4481 N. Frontage Rd<br>Rochester, MN 55901 | | | 1,259.55 |
| Aaron Pohjola DBA AP Services of Duluth<br>1806 W. Arrowhead Road<br>Duluth, MN 55811 | Aaron Pohjola DBA AP Services of Duluth<br>1806 W. Arrowhead Road<br>Duluth, MN 55811 | | | 950.00 |
| Carlson Refrigeration<br>602 Ogden Avenue<br>Superior, WI 54880 | Carlson Refrigeration<br>602 Ogden Avenue<br>Superior, WI 54880 | | | 998.88 |
| Custom Creations Remodeling<br>1321 Andover Blvd Ste 112<br>Andover, MN 55304 | Custom Creations Remodeling<br>1321 Andover Blvd Ste 112<br>Andover, MN 55304 | | | 2,000.34 |
| Geoff Michael Group<br>1713 Avocet Lane<br>Mound, MN 55364 | Geoff Michael Group<br>1713 Avocet Lane<br>Mound, MN 55364 | | | 19,576.80 |
| Hydro Restoration<br>50 Glen Edge Rd<br>Dellwood, MN 55110 | Hydro Restoration<br>50 Glen Edge Rd<br>Dellwood, MN 55110 | | | 37,750.00 |
| IPHFHA<br>7829 E Rockhill Street Ste 201<br>Wichita, KS 67206-3918 | IPHFHA<br>7829 E Rockhill Street Ste 201<br>Wichita, KS 67206-3918 | | | 14,967.19 |
| KFC National Council & Advertising Coop<br>P.O. Box 642474<br>Pittsburgh, PA 15264-2474 | KFC National Council & Advertising Coop<br>P.O. Box 642474<br>Pittsburgh, PA 15264-2474 | | | 1,984.20 |
| KFC Royalty<br>P.O. Box 203805<br>Dallas, TX 75320-3805 | KFC Royalty<br>P.O. Box 203805<br>Dallas, TX 75320-3805 | | | 1,763.73 |
| Lake Region Electric<br>4601 113th Avenue NE<br>Spicer, MN 56288 | Lake Region Electric<br>4601 113th Avenue NE<br>Spicer, MN 56288 | | | 1,270.84 |
| Legend Mechanical<br>12467 Boone Avenue Ste. 1<br>Savage, MN 55378 | Legend Mechanical<br>12467 Boone Avenue Ste. 1<br>Savage, MN 55378 | | | 36,495.58 |

B4 (Official Form 4) (12/07) - Cont.

In re  Sky Ventures, LLC
       Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MacGillivray Ranch LLC<br>225 Los Robles<br>Templeton, CA 93465 | MacGillivray Ranch LLC<br>225 Los Robles<br>Templeton, CA 93465 | | | 23,778.16 |
| MTG<br>8555 123rd Street West<br>Savage, MN 55378 | MTG<br>8555 123rd Street West<br>Savage, MN 55378 | | | 3,238.06 |
| Pizza Hut Inc-St Louis/YRSG<br>PO Box 955641<br>St Louis, MO 63195-5641 | Pizza Hut Inc-St Louis/YRSG<br>PO Box 955641<br>St Louis, MO 63195-5641 | | | 31,168.69 |
| Quikorder, Inc.<br>351 West Hubbard Street<br>Suite 501<br>Chicago, IL 60654 | Quikorder, Inc.<br>351 West Hubbard Street<br>Suite 501<br>Chicago, IL 60654 | | | 3,357.14 |
| Royal Roofing<br>PO Box 248<br>Monticello, MN 55362 | Royal Roofing<br>PO Box 248<br>Monticello, MN 55362 | | | 80,175.20 |
| Spirit Realty Capital<br>16767 N. Perimeter Drive<br>Suite 210<br>Scottsdale, AZ 85260 | Spirit Realty Capital<br>16767 N. Perimeter Drive<br>Suite 210<br>Scottsdale, AZ 85260 | | Disputed | 222,518.51 |
| Summit Facility & Kitchen Serv LLC<br>8818 7th Avenue N<br>Golden Valley, MN 55427 | Summit Facility & Kitchen Serv LLC<br>8818 7th Avenue N<br>Golden Valley, MN 55427 | | | 24,691.01 |
| UFPC Smallwares Connection<br>PO Box 73184<br>Cleveland, OH 44193 | UFPC Smallwares Connection<br>PO Box 73184<br>Cleveland, OH 44193 | | | 1,200.22 |
| Xcel Energy - Mpls MN<br>PO Box 9477<br>Minneapolis, MN 55484-9477 | Xcel Energy - Mpls MN<br>PO Box 9477<br>Minneapolis, MN 55484-9477 | | | 2,218.70 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Senior Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  5/14/14          Signature  _____
                                  Barry M. Zelickson
                                  Senior Vice President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# JOINT WRITTEN ACTION
# OF THE MANAGER AND MEMBER OF
# SKY VENTURES, LLC

This Joint Written Action is effective as of May 13, 2014, and is executed by BFI Ventures, LLC, a Minnesota limited liability company ("**BFI**"), who is the sole manager and sole member of Sky Ventures, LLC, a Delaware limited liability company (the "**Company**"), and who hereby adopts the following resolutions by written consent.

## Chapter 11 Petition

**WHEREAS**, BFI has carefully reviewed and studied the terms of that certain Chapter 11 petition to be filed by the Company seeking relief under the provisions of Chapter 11 of the United States Code; and

**WHEREAS**, BFI has determined that it is in the best interests of the Company to file the Chapter 11 petition.

**RESOLVED**, that it is desirable and in the best interest of the Company, its creditors, member and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of the United States Code (the "Bankruptcy Code").

**RESOLVED**, that the form of Chapter 11 petition shall be as required by law and is approved and adopted in all respects, and that Lee J. Engler, Jeffery T. Engler, Barry M. Zelickson, and any other officer of the Company (each, an "Authorized Officer") be, and hereby is, authorized and directed, on behalf of and in the name of the Company, to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the District of Minnesota, at such time as the Authorized Officer executing said petition on behalf of the Company shall determine.

**RESOLVED**, that on behalf of the Company, each Authorized Officer shall be, and hereby is, authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary or proper in connection with the Chapter 11 case.

## Employment and Retention of Heller Draper

**WHEREAS**, the Company seeks to retain Heller, Draper, Patrick & Horn, L.L.C. ("Heller Draper") as bankruptcy counsel because of Heller Draper's extensive experience and knowledge in matters involving the franchise food and quick service restaurant business under Chapter 11 of the Bankruptcy Code; and

**WHEREAS**, Heller Draper has worked with the Company since October 2013 in connection with its restructuring and is familiar with all issues that will be raised in the Company's Chapter 11; and

**WHEREAS,** BFI has determined that Heller Draper's expertise, experience and knowledge will be efficient and cost effective.

>   **RESOLVED,** that each Authorized Officer, for and on behalf of the Company, shall be, and hereby is authorized and directed to employ Heller, Draper, Patrick & Horn, L.L.C. ("Heller Draper") as bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including filing and pleading, and in connection therewith, each Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Heller Draper pursuant to Section 327(a) of the Bankruptcy Code.

**Employment and Retention of Winthrop**

>   **WHEREAS,** the Company seeks to retain Winthrop & Weinstine, P.A. ("Winthrop") as special counsel and local bankruptcy counsel because of Winthrop's extensive experience and knowledge in matters of this nature and business reorganizations under Chapter 11 of the Bankruptcy Code; and

>   **WHEREAS,** due to its prior representation of the Company, Winthrop has become familiar with the Company's business and financial affairs and many of the potential legal issues which may arise in the context of a Chapter 11 case; and

>   **WHEREAS,** BFI has determined that Winthrop's expertise, experience and knowledge will be efficient and cost effective for the Company's estate.

>   **RESOLVED,** that each Authorized Officer, for and on behalf of the Company, shall be, and hereby is authorized and directed to employ Winthrop & Weinstine, P.A. ("Winthrop") as special counsel and local bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including filing and pleading, and in connection therewith, each Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Winthrop.

This Joint Written Action is executed as of the date stated in the introductory paragraph.

**BFI Ventures, LLC,**
Sole Member and Manager

By: _____
Lee J. Engler, President

9072749v1