IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                          Chapter 11

Sky Ventures, LLC                                               Case No. 14-42107-MER

        Debtor.

## WITHDRAWAL OF APPLICATION

TO:    United States Bankruptcy Judge and the United States Trustee and other parties in interest identified in Local Rule 2014-1.

The debtor hereby withdraws its application to retain Timothy M. Barnett and Winthrop & Weinstine, P.A. as special counsel and local bankruptcy counsel for the debtor.

Dated: May 29, 2014        WINTHROP & WEINSTINE, P.A.

By: *s/ Jacob B. Sellers*
Daniel C. Beck, #192053
Jacob B. Sellers, #348879
225 South Sixth Street
Suite 3500
Minneapolis, MN  55402-4629
(612) 604-6400

HELLER, DRAPER, PATRICK,
HORN & DABNEY, L.L.C.
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Greta M. Brouphy, La. Bar No. 26216
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Telephone: 504.299.3333
Fax: 504.299.3399
ddraper@hellerdraper.com
lcollins@hellerdraper.com
gbrouphy@hellerdraper.com
**Counsel for Debtor**

9125380v1