IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 |
| Sky Ventures, LLC | Case No. 14-42107-MER |
| Debtor. | |

**NOTICE OF HEARING AND MOTION FOR ORDER UNDER
11 U.S.C. §§ 105(a) AND 365(a) AND
FED. R. BANKR. P. 6006 AUTHORIZING REJECTION OF
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
WITH KANDI MALL 1999, LLC**

**NOTICE OF HEARING**: The Court will hold a hearing on this Motion on July 15, 2014, at 10:00 AM in Courtroom 7 West, 300 S 4th Street, Minneapolis, Minnesota or as soon thereafter as counsel may be hear.

Any response to this Motion must be filed and served not later than July 10, 2014, with is five (5) days before the time set for the hearing (including Saturdays, Sundays and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT HEARING.**

**NOW INTO COURT**, through undersigned counsel, comes Sky Ventures, LLC, as debtor and debtor in possession (the "Debtor"), who files this *Motion for Order Under 11 U.S.C. §§ 105(a) and 365(a) and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Lease of Nonresidential Real Property with Kandi Mall 1999, LLC* (the "Motion") seeking authorization to reject the unexpired lease of nonresidential real property entered into with Kandi Mall 1999, LLC (the "Landlord"). In support of the Motion, the Debtor respectfully states as follows:

**JURISDICTION AND PROCEDURAL BACKGROUND**

1.   The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334. This Motion concerns the administration of the Debtor's estate; and therefore, it is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are 11 U.S.C. § 105(a) and 365(a), and Fed. R. Bankr. P. 6006.

2. On May 14, 2014, (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code (the "Chapter 11 Case"). *See* Docket No. 1.

3. The Debtor continues to operate its business and manage its property as a debtor in possession, pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

### THE NONRESIDENTIAL LEASE AGREEMENT

4. The Debtor is a party to a lease agreement (the "Lease") with Landlord with regard to property located in the City/Town of Willmar, State of Minnesota commonly known as 1605 South First, and more fully described on Exhibit "A" attached hereto (the "Rental Property").

5. The Debtor has made the determination that it no longer needs the Rental Property for operations. The Pizza Hut restaurant formerly operating at the Rental Property ceased being profitable and the Debtor closed the restaurant. The Debtor has determined that the continued occupation of the Rental Property is a burden. Prior to the Petition Date, the Debtor vacated the Rental Property and is no longer operating at that location.

### RELIEF REQUESTED AND AUTHORITY

6. Section 365(a) of the Bankruptcy Code provides in relevant part that a debtor, "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor." Bankruptcy courts use the business judgment standard to determine

{00341749-2}

2

whether to approve a lease rejection. *See Richmond Leasing Co. v. Capital Bank, N.A.*, 762 F.2d 1303, 1309 (5th Cir. 1985) (quoting *Group of Institutional Investors v. Chicago, Milwaukee, St. Paul & Pac. R.R. Co.*, 318 U.S. 523, 550 (1943)) ("It is well established that 'the question whether a lease should be rejected . . . is one of business judgment.'"); *In re Beare Co.*, 177 B.R. 879, 882 (Bankr. W.D.Tenn. 1994) (("In order for it to be assumed, an executory contract must benefit a debtor's bankruptcy estate, and the assumption of the contract must be an exercise of 'reasonable business judgment.'") (citations omitted)).

7. Through the rejection of the Lease, the Debtor will be relieved from paying the rent, as well as certain other attending expenses. Accordingly, by rejecting the Lease as of the Petition Date, the Debtor will avoid incurring unnecessary administrative charges that provide no tangible benefit to the Debtor's estate.

8. Debtor has determined through an exercise of its business judgment to reject the Lease, and that such rejection is in the best interest of the Debtor and other parties in interest. The Lease is financially burdensome and unnecessary to the Debtor's ongoing operations and business.

9. In the exercise of its sound business judgment, the Debtor seeks the authority to reject the Lease effective as of the Petition Date. *See In re Amber's Stores, Inc.*, 193 B.R. 819, 827 (Bankr. N.D. Tex. 1996) ("nothing precludes a bankruptcy court, based on the equities of the case, from approving the trustee's rejection of a non-residential real property lease retroactively to an earlier date."); *In re Thinking Machs. Corp.*, 67 F.3d 1021, 1028-1029 (1st Cir. 1995) (acknowledging that a bankruptcy court "has the equitable power, in suitable cases, to order a rejection to operate retroactively").

10. The equities weigh in favor of granting the relief requested with respect to the

Lease. Prior to the Petition Date, the Debtor closed the restaurant and de-identified the property. Furthermore, the Rental Property has not been of any value to the estate or creditors since the restaurant closed.

11.  The Debtor requests that the Landlord be permitted to take immediate possession and control of the Rental Property and not be required to seek stay relief in order to possess, re-let, or in any way control the Rental Property. The Debtor contends that the fourteen (14) day stay set forth in B.R. 2004 and 2006 is inapplicable or otherwise deemed to be waived.

12.  The Debtor requests that this court enter an order requiring any and all claims of the Landlord against the Debtor relating to the Lease to be filed within thirty (30) days following the date of entry of an Order granting the relief sought herein.

13.  The Debtor seeks authority to pay in full the claims of all creditors who worked to de-identify the restaurant operated at the Rental Property (the "Lien Payoff"). The Debtor will effectuate the Lien Payoff by filing a separate motion and order within three (3) days after docketing of the Order granting the relief sought herein ("Rejection Order") seeking, among other things, to obtain funds from Pizza Hut, Inc. necessary to accomplish the Lien Payoff (the "Lien Payoff Motion"). The Debtor requests authority to complete the Lien Payoff within five (5) business days after docketing of the order accompanying the Lien Motion.

**WHEREFORE**, Sky Ventures, LLC respectfully requests that the Court enter an Order granting the relief requested in the Motion and for such other and further relief that may be just and proper.

| | |
|---|---|
| Dated: June 27, 2014 | LAPP, LIBRA, THOMSON, STOEBNER & PUSCH, CHARTERED |
| | Ralph V. Mitchell (#184639)<br>120 South Sixth Street, Suite 2500<br>Minneapolis, MN  55402 |

{00341749-2}

4

(612) 343-4962 (Direct)
rmitchell@lapplibra.com


HELLER, DRAPER, PATRICK, HORN
 & DABNEY, L.L.C.

*/e/Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Greta M. Brouphy, La. Bar No. 26216
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Telephone: 504.299.3333/
Fax: 504.299.3399
ddraper@hellerdraper.com
lcollins@hellerdraper.com
gbrouphy@hellerdraper.com

**Counsel for Debtor**

{00341749-2}

5

EXHIBIT A-2

Legal Description
Kandi Mall, Willmar, Minnesota

That certain leasehold estate created under and by virtue of the Lease by and between Elizabeth Gesch, a single person, Esther Gesch, a single person, and Edward Gesch and Clara Gesch, husband and wife, as lessor, and the Ericson Development Co., Inc., as lessee, dated November 11, 1971 and recorded in Book 96, Page 88, of the Miscellaneous Records of Kandiyohi County, Minnesota, and by the Agreement to Amend Lease dated May 22, 1972 and recorded in Book 94, Page 221, aforesaid records, and as further amended by the Second Amendment to Lease by and between the aforesaid lessor and First Union Real Estate Equity and Mortgage Investments dated March 9, 1979, and recorded in Book ____, Page ____, aforesaid records all of which documents relate to that certain land located in Kandiyohi County, Minnesota, described as follows:

Parcel "A":

All that part of the NW ¼ of Section 23, Township 119, Range 35, described as follows: Commencing at the Southwest corner of the NW ¼ of said Section 23; thence on an assumed bearing of NORTH, along the West line of said NW ¼, a distance of 378.80 feet to the point of beginning of the tract herein described; thence continuing on a bearing of NORTH, along last said line, 941.20 feet; thence on a bearing EAST, 473.00 feet; thence on a bearing of NORTH, 150.00 feet; thence on a bearing of EAST, 602.00 feet; thence on a bearing of SOUTH, 1479.23 feet to the South line of said NW ¼; thence on a bearing of N 89° 31' 30" W, along said South line, 770.03 feet to a point 305.00 feet East of the Southwest corner of said NW ¼; thence on a bearing of NORTH, 378.00 feet; thence on a bearing of N 89° 31' 30" W, 305.01 feet to the point of beginning. Containing 32.11 acres, more or less.

Subject to the rights of the public in U.S. Hwy. #71 and 19th Avenue SE.

Parcel "B":

All that part of the NW ¼ of Section 23, Township 119, Range 35, described as follows: Commencing at the Southwest corner of the NW ¼ of said Section 23; thence on an assumed bearing of NORTH, along the West line of said NW ¼, a distance of 1,320.00 feet; thence on a bearing of EAST, 473.00 feet; thence on a bearing of NORTH, 150.00 feet to the point of beginning of the tract herein described;* thence on a bearing EAST, 602.00 feet; thence on a bearing of SOUTH, 500.00 feet, thence on a bearing of WEST 602.00 feet to the point of beginning. Containing 6.91 acres, more or less.

Subject to a 30-foot sewer easement in Miscellaneous Book 51, Page 25.
Subject to the rights of the public in 3rd Street SE, in Miscellaneous Book 116, Page 87.

* thence on a bearing of NORTH, 500.00 feet;

Parcel "C":

All that part of the NW ¼ of Section 23, Township 119, Range 35, described as follows: Commencing at the Southwest corner of the NW ¼ of said Section 23, thence on an assumed bearing of NORTH, along the West line of said NW ¼, a distance of 1,320.00 feet; thence on a bearing of EAST, 473.00 feet; thence on a bearing of NORTH, 650.00 feet; thence on a bearing of EAST, 602.00 feet to the point of beginning of the tract herein described; thence on a bearing of SOUTH 1,601.23 feet to the North line of the South 378.00 feet of said NW ¼; thence on a bearing of S 89° 30' 30" E, along last said line, 571.00 feet to the center line of County Ditch #23A; thence on a bearing of N 14° 23' 10" W, along said centerline, 1,658.12 feet; thence on a bearing of WEST, 159.00 feet to the point of beginning. Containing 13.43 acres, more or less.

Subject to a 30-foot sewer easement in Miscellaneous Book 51, Page 25.
Subject to a County Ditch easement.

MICROFILMED JAN 1997

401045

1
2
3

EXHIBIT "A"



MICROFILMED JAN 1997



IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Sky Ventures, LLC

Debtor.

Chapter 11

Case No. 14-42107-MER

**MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR ORDER UNDER
11 U.S.C. §§ 105(a) AND 365(a) AND
FED. R. BANKR. P. 6006 AUTHORIZING REJECTION OF
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
WITH KANDI MALL 1999, LLC**

**NOW INTO COURT**, through undersigned counsel, comes Sky Ventures, LLC, as debtor and debtor in possession (the "Debtor"), who submits this *Memorandum of Law in Support Motion for Order Under 11 U.S.C. §§ 105(a) and 365(a) and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Lease of Nonresidential Real Property* (the "Motion") *with Kandi Mall 1999, LLC* ("Landlord") seeking authorization to reject the unexpired lease of nonresidential real property entered into with Landlord.  A hearing is scheduled to consider this Motion on July 15, 2014 at 10:00 AM in Courtroom 7 West, 300 4th Street, Minneapolis, Minnesota.

**JURISDICTION AND PROCEDURAL BACKGROUND**

1.  The jurisdiction, procedural history and factual background concerning the nonresidential lease agreement subject to the Debtor's Motion and supporting this Memorandum is set forth in the attending Motion which may be supplemented by

{00341749-2}

6

testimony at the hearing.

## LEGAL ARGUMENT AND AUTHORITY

2. Section 365(a) of the Bankruptcy Code provides in relevant part that a debtor, "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor." Bankruptcy courts use the business judgment standard to determine whether to approve a lease rejection. *See Richmond Leasing Co. v. Capital Bank, N.A.*, 762 F.2d 1303, 1309 (5th Cir. 1985) (quoting *Group of Institutional Investors v. Chicago, Milwaukee, St. Paul & Pac. R.R. Co.*, 318 U.S. 523, 550 (1943)) ("It is well established that 'the question whether a lease should be rejected . . . is one of business judgment.'"); *In re Beare Co.*, 177 B.R. 879, 882 (Bankr. W.D.Tenn. 1994) (("In order for it to be assumed, an executory contract must benefit a debtor's bankruptcy estate, and the assumption of the contract must be an exercise of 'reasonable business judgment.'") (citations omitted)).

3. For the reasons delineated in the Motion, the Debtor has determined through an exercise of its business judgment to reject the Lease as described in the Motion, and that such rejection is in the best interest of the Debtor and other parties in interest. The Lease is financially burdensome and unnecessary to the Debtor's ongoing operations and business.

**WHEREFORE**, Sky Ventures, LLC respectfully requests that the Court enter an Order granting the relief requested in the Motion and for such other and further relief that may be just and proper.

Dated: June 27, 2014                    LAPP, LIBRA, THOMSON, STOEBNER
                                         & PUSCH, CHARTERED

                                        Ralph V. Mitchell (#184639)
                                        120 South Sixth Street, Suite 2500
                                        Minneapolis, MN  55402
                                        (612) 343-4962 (Direct)
                                        rmitchell@lapplibra.com

{00341749-2}

7

        HELLER, DRAPER, PATRICK, HORN
          &amp; DABNEY, L.L.C.

        */e/Douglas S. Draper*
        Douglas S. Draper, La. Bar No. 5073
        Leslie A. Collins, La. Bar No. 14891
        Greta M. Brouphy, La. Bar No. 26216
        650 Poydras Street, Suite 2500
        New Orleans, LA 70130-6103
        Telephone: 504.299.3300
        Fax: 504.299.3399
        ddraper@hellerdraper.com
        lcollins@hellerdraper.com
        gbrouphy@hellerdraper.com

        **Counsel for Debtor**

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Chapter 11 |
| Sky Ventures, LLC | Case No. 14-42107-MER |
| Debtor. | |

**UNSWORN CERTIFICATE OF SERVICE**

I, Kelly V. Fritscher, declare under penalty of perjury that on June 27, 2014, I mailed copies of

the following documents:

1. NOTICE OF HEARING AND MOTION FOR ORDER UNDER 11 U.S.C. §§ 105(a) AND 365(a) AND FED. R. BANKR. P. 6006 AUTHORIZING REJECTION OF UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY WITH KANDI MALL 1999, LLC;

2. Memorandum of Law; and

3. (Proposed) Order

by first class mail postage prepaid to each entity named below at the address stated on the attached mailing matrix.

**VIA ELECTRONIC FILING:**

- Jason R. Asmus jasmus@briggs.com, kganske@briggs.com
- Daniel C. Beck dbeck@winthrop.com, tcooke@winthrop.com
- Greta M Brouphy , kfritscher@hellerdraper.com;lcollins@hellerdraper.com
- Michael R Fadlovich michael.fadlovich@usdoj.gov
- Craig S Ganz ganzc@ballardspahr.com, hessm@ballardspahr.com;phxdocketing@ballardspahr.com
- Benjamin Gurstelle bgurstelle@briggs.com, soneill@briggs.com
- John R. McDonald jmcdonald@briggs.com, mjacobson@briggs.com
- Ralph Mitchell rmitchell@lapplibra.com, jpipp@lapplibra.com

{00341749-2}

- Matthew H. Morgan morgan@nka.com, assistant@nka.com
- Jacob B. Sellers jsellers@winthrop.com, rtri@winthrop.com
- US Trustee ustpregion12.mn.ecf@usdoj.gov

**VIA FED EX**:
Kandi Mall 1999, LLC
Kandi Mall Office
1065 South First Street
Wilmar, MN 56201


Dated:  June 27, 2014

*/e/ Kelly V. Fritscher*
Kelly V. Fritscher, Senior Paralegal

Case 14-42107 ███████
███████

Fri Jun 27 12:22:14 CDT 2014

Sky Ventures, LLC
5425 Boone Ave. N
New Hope, MN 55428-3614

Minneapolis
301 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

A Plus Outdoor Services
1551 164th Lane NE
Ham Lake MN 55304-5428

A+ SERVICES
4481 N FRONTAGE RD
ROCHESTER MN 55901-3236

AARON POHJOLA DBA AP SERVICES OF DULUTH
1806 W ARROWHEAD ROAD
DULUTH MN 55811-2259

ALPHA CONTAINER
4180 160TH STREET E
ROSEMOUNT MN 55068-2011

Allied Waste Services
9813 Flying Cloud Drive
Eden Prairie MN 55347-4006

Ameripride Linen & Apparel
6500 Saukview Drive
St. Cloud MN 56303-0804

Amy Cavallin
1640 Hwy 2
Two Harbors MN 55616-4017

Armor Security
2601 Stevens Avenue South
Minneapolis MN 55408-1635

Arrowhead Water Conditioning
1114 Cloquet Avenue
Cloquet MN 55720-1620

Asphalt Contractors Inc
PO Box 1656
Maple Grove MN 55311-6656

BRIGGS AND MORGAN
ATTN JASON R ASMUS
80 S EIGHTH ST
2200 IDS CTR
MINNEAPOLIS MN 55402

Bernick's - Pepsi of St. Cloud
PO Box 7008
St. Cloud MN 56302-7008

Border Foods, Inc.
5425 Boone Ave N
New Hope MN 55428-3614

Bryan Barth
c/o Nichols Kaster, PLLP
4600 IDS Ctr / 80 South 8th St
Minneapolis MN 55402

Business Music LTD
PO Box 71070
Charlotte NC 28272-1070

Business Music LTD Inc
PO Box 3013
Duluth MN 55803-3013

CARLSON REFRIGERATION
602 OGDEN AVENUE
SUPERIOR WI 54880-1013

CRAIG S GANZ ESQ
███████

CUSTOM CREATIONS REMODELING
1321 ANDOVER BLVD STE 112
ANDOVER MN 55304-2268

Centerpoint Energy - 4671
PO Box 1144
Minneapolis MN 55440-1144

Centurylink AZ
PO Box 52187
Phoenix AZ 85072-2187

Cintas #754
PO Box 88005
Chicago IL 60680-1005

City of Duluth Public Works
PO Box 169008
Duluth MN 55816-9002

City of Sauk Rapids
250 Summit Avenue North
Sauk Rapids MN 56379-2516

City of Woodbury - Utility
8301 Valley Creek Road
Woodbury MN 55125-2320

Cloquet Sanitary Services
1101 Industry Ave
Cloquet MM 55720-9496

Cozzini Bros. Inc.
350 Howard Avenue
Des Plaines IL 60018-1908

| | | |
|---|---|---|
| Cresco Times Plain Dealer<br>214 N Elm Street<br>PO Box 350<br>Cresco IA 52136-0350 | DECA<br>DECA High School<br>1640 Hwy 2<br>Two Harbors MN 55616-4017 | DELAGET LLC<br>6200 MINERAL POINT RD<br>SUITE 102<br>MADISON WI 53705-4583 |
| EVANS PUBLISHING LLC<br>214 NORTH ELM ST<br>CRESCO IA 52136-1522 | Ecolab<br>PO Box 100512<br>Pasadena CA 91189-0512 | Ecowater - Long Prairie<br>22 2nd St N. Ste 1<br>Long Prairie MN 56347-1254 |
| Eric Goodman<br>Baker Hsotetler<br>PNC Center, 1900 E 9th St<br>Ste 3200<br>Cleveland, OH 44114-3482 | GEOFF MICHAEL GROUP<br>1713 AVOCET LANE<br>MOUND MN 55364-1103 | HYDRO RESTORATION<br>50 GLEN EDGE RD<br>DELLWOOD MN 55110-1418 |
| Hansen Gravel<br>1305 South Grade Rd<br>Hutchinson MN 55350-9005 | Hughes<br>PO Box 96874<br>Chicago IL 60693-6874 | IPHFHA<br>7829 E ROCKHILL STREET STE 201<br>WICHITA KS 67206-3918 |
| IPHFHA COOP<br>7830 E Rockhill Street Ste 201<br>Wichita KS 67206-3918 | IPHFHA DMF<br>Digital Marketing Fund<br>7829 E Rockhill St Ste 201<br>Wichita KS 67206-3918 | IQ Apparel<br>C/O Valley National Bank<br>PO Box 54249<br>Tulsa OK 74155-4249 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Iowa Department of Revenue<br>Sales and Use Tax<br>1305 E Walnut, Hoover Bldg.<br>Des Moines IA 50319 | JANE E HEATH ESQ<br>DUGGAN SMITH & HEATH LLP<br>560 HIGUERA ST STE B<br>SAN LUIS OBISPO CA 93401-3850 |
| KFC<br>ATTN PYMT PROCESSING<br>PO BOX 116946<br>ATLANTA GA 30368 6946 | KFC NATIONAL COUNCIL & ADVERTISING COOP<br>PO BOX 642474<br>PITTSBURGH PA 15264-2474 | KFC ROYALTY<br>PO BOX 203805<br>DALLAS TX 75320-3805 |
| KFC UPPER MIDWEST ADV ASSOC<br>ATTN: APRIL JOLLEY<br>C/O AFA KRAUSE<br>45 WEST 10000 SOUTH STE 201<br>SANDY UT 84070-3638 | KFC YRSG HIRING ZONE<br>PO BOX 203805<br>DALLAS TX 75320-3805 | KFC YRSG MERIT KFC<br>PO BOX 203805<br>DALLAS TX 75320-3805 |
| Kai Steenhoek<br>c/o Nichols Kaster, PLLP<br>4600 IDS Ctr / 80 South 8th St<br>Minneapolis MN 55402 | Kandi Mall<br>Kandi Mall Office<br>1065 South First Street<br>Willmar MN 56201 | Kandi Mall 1999, LLC<br>Kandi Mall Office<br>1065 South First Street<br>Willmar MN 56201 |
| LAKE REGION ELECTRIC<br>4601 113TH AVENUE NE<br>SPICER MN 56288-9460 | LEGEND MECHANICAL<br>12467 BOONE AVENUE STE 1<br>SAVAGE MN 55378-1283 | MACGILLIVRAY RANCH LLC<br>225 LOS ROBLES<br>TEMPLETON CA 93465-9002 |

```
MATTHEW C HELLAND ESQ              MATTHEW H. MORGAN ESQ              MEIER ELECTRIC INC OF MARSHALL
NICHOLS KASTER LLP                                                    1004 W MAIN ST
ONE EMBARCADERO CTR STE 720                                           PO BOX 455
SAN FRANCISCO CA 94111-3612                                           MARSHALL MN 56258-0455


MN Department of Employment        MTG                                McLane Foodservice, Inc.
and Economic Development           8555 123RD STREET WEST             2085 Midway Road
332 Minnesota Street               SAVAGE MN 55378-1150               Carrollton TX 75006-5063
St Paul, MN 55101-1351


Mesabi Sign Co., Inc.              Miles Warren                       Minnesota Conway Fire and Safety
116 1st St. North                  c/o Nichols Kaster, PLLP           575 Minnehaha Ave W
Virginia MN 55792-2502             4600 IDS Ctr / 80 South 8th St     St. Paul MN 55103-1573
                                   Minneapolis MN 55402


Minnesota Dept of Revenue          Minnesota Power & Light            Minnesota Revenue
Sales and Use Tax                  PO Box 1001                        PO Box 64651
600 North Robert Street            Duluth MN 55806-1001               St Paul, MN 55164-0651
Saint Paul MN 55101-2228


North American Electric            One System POP                     PAR TECH INC
Jeff Hendrickson                   PO Box 644361                      PO BOX 301175
6315 Long Lake Road                Pittsburgh PA 15264-4361           DALLAS TX 75303-1175
Chisholm MN 55719-8062


PEPSI 75948                        PH Minnesota, LLC                  PIZZA HUT C/O WILLIAM EVANOFF
PO BOX 75948                       5425 Boone Ave N                   SIDLEY AUSTIN LLC
CHICAGO IL 60675-5948              New Hope MN 55428-3614             1 S DEARBORN ST
                                                                      CHICAGO IL 60603-2323


PIZZA HUT INC ST LOUIS/YRSG        PIZZA HUT OF AMERICA, INC.         PIZZA HUT OF AMERICA, INC.,
PO BOX 955641                      CO JOHN J. MURPHY                  c/o JOHN J. MURPHY
ST LOUIS MO 63195-5641             7100 CORPORATE DRIVE               14841 DALLAS PARKWAY
                                   PLANO TX 75024-4100                DALLAS TX 75254-7558


PRAXAIR DISTRIBUTION INC           Pinnacle Food Service Repair LLC   QUIKORDER INC
DEPT CH 10660                      735 S Ugstad Rd                    351 WEST HUBBARD STREET STE 501
PALATINE IL 60055-0660             Proctor MN 55810-2450              CHICAGO IL 60654-4498


ROYAL ROOFING                      Restaurant Supply Chain Solutions  SPIRIT MASTER FUNDING LLC
PO BOX 248                         PO Box 32033                       ATTN COMPLIANCE DEPT
MONTICELLO MN 55362-0248           Louisville KY 40232-2033           16767 N PERIMETER DR STE 210
                                                                      SCOTTSDALE AZ 85260-1062


SPIRIT REALTY CAPITAL              SRSI / Floyd Total Security        SUMMIT FACILITY & KITCHEN SERV LLC
16767 N PERIMETER DRIVE            9036 Grand Avenue S                8818 7TH AVENUE N
SUITE 210                          Bloomington MN 55420-3634          GOLDEN VALLEY MN 55427-4315
SCOTTSDALE AZ 85260-1062
```

| | | |
|---|---|---|
| Shoes for Crews<br>250 South Australian Ave<br>West Palm Beach FL 33401-7437 | Sky Ventures Real Estate, LLC<br>5425 Boone Ave N<br>New Hope MN 55428-3614 | St Louis County Auditor<br>100 N 5th Ave W<br>Room 214<br>Duluth, MN 55802-1287 |
| Summit Facility & Kitchen Serv<br>PO Box 1575 #159<br>Minneapolis MN 55480-1575 | Super 8 Alexandria<br>4620 Hwy 29 South<br>Alexandria MN 56308-2911 | TACO BELL CORP PO BOX 116946<br>ATTN PYMT PROCESSING<br>PO BOX 116946<br>ATLANTA GA 30368-6946 |
| TH Contracting<br>PO Box 5092<br>Grand Rapids MN 55744-5092 | TRUEX ELECTRIC<br>PO BOX 346<br>ROCKWELL IA 50469-0346 | Tourism Tax - City of Duluth<br>Treasurer's Office<br>411 W. 1st St<br>Duluth MN 55802-1188 |
| Turf and Tree Inc<br>32179 South Shoal Lake Road<br>Grand Rapids MN 55744-4659 | UFPC Parts Connection<br>NW 5848<br>PO Box 1450<br>Minneapolis MN 55485-5848 | UFPC SMALLWARES CONNECTION<br>PO BOX 73184<br>CLEVELAND OH 44193-0002 |
| US Trustee<br>1015 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415-3070 | United States Attorney<br>District of Minnesota<br>300 S 4th Street, Ste 600<br>Minneapolis, MN 55415-2200 | Wisconsin Dept. of Revenue<br>Sales and Use Tax<br>2135 Rimrock Road<br>Madison WI 53713-1443 |
| XCEL ENERGY - MPLS MN<br>PO BOX 9477<br>MINNEAPOLIS MN 55484-9477 | Craig S Ganz<br>[redacted] | Daniel C. Beck<br>[redacted] |
| Douglas S Draper<br>[redacted] | Greta M Brouphy<br>[redacted] | Jacob B. Sellers<br>[redacted] |
| Leslie A Collins<br>[redacted] | Ralph Mitchell<br>[redacted] | Thomas C Geelan<br>Farm & Home Services<br>220 E State St<br>Algona, IA 50511-2736 |
| [redacted] | | |

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 |
| Sky Ventures, LLC | Case No. 14-42107-MER |
| Debtor. | |

## ORDER REJECTING UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY WITH KANDI MALL 1999, LLC

Considering Sky Ventures, LLC's (the "Debtor") *Motion for Order Under 11 U.S.C. §§ 105(a) and 365(a) and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Lease of Nonresidential Real Property with Kandi Mall 1999, LLC* (the "Motion"), lack of objection to the motion, statements of counsel, and applicable law;

**IT IS ORDERED** that the Lease between Kandi Mall 1999, LLC ("Landlord") and Debtor for the property located in the City/Town of Willmar, State of Minnesota commonly known as 1605 South First, and more fully described on Exhibit "A" attached to the Motion ("Rental Property"), is rejected pursuant to 11 U.S.C. §365 as of May 14, 2014 (the "Petition Date");

**IT IS FURTHER ORDERED** that the Landlord shall be permitted to take immediate possession and control of the Rental Property and is not required to seek stay relief in order to possess, sell, re-let, or in any way control the Rental Property and the fourteen (14) day stay set forth in B.R. 2004 and 2006 is inapplicable or otherwise deemed to be waived;

**IT IS FURTHER ORDERED** that any and all claims of the Landlord against the Debtor relating to the rejection of the Lease be filed within thirty (30) days following the date of entry of

1

{00341934-1}

this order; and

**IT IS FURTHER ORDERED** that the Debtor shall pay in full the claims of all creditors who worked to de-identify the restaurant operated at the Rental Property (the "Lien Payoff").  To effectuate the Lien Payoff, the Debtor shall file a separate motion and order within three (3) days after docketing of this order seeking, among other things, to obtain funds from Pizza Hut, Inc. necessary to accomplish the Lien Payoff (the "Lien Payoff Motion").  Within five (5) business days after docketing of the order accompanying the Lien Motion, the Debtor shall complete the Lien Payoff.

Dated: _____, 2014

                                                                              _____
                                                                              Judge of U.S. Bankruptcy Court

2

{00341934-1}