## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 |
| Sky Ventures, LLC | Case No. 14-42107-MER |
| Debtor. | |

### NOTICE OF HEARING AND MOTION TO ALLOW
### SET-OFF OF FUNDS BY PIZZA HUT, INC. AND
### PAY PRE-PETITION DE-IDENTIFICATION CREDITORS

**NOTICE OF HEARING**: The Court will hold a hearing on this Motion on August 19, 2014, at 1:30 pm in Courtroom 7 West, 300 S 4th Street, Minneapolis, Minnesota or as soon thereafter as counsel may be hear.

Any response to this Motion must be filed and served not later than August 14, 2014, which is five (5) days before the time set for the hearing (including Saturdays, Sundays and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT HEARING.**

**NOW INTO COURT**, through undersigned counsel comes Sky Ventures, LLC ("Debtor"), who files this Motion to Allow Set-Off of Funds by Pizza Hut, Inc. and Pay Pre-petition De-Identification Creditors. In support of the Motion, mover asserts:

### JURISDICTION AND PROCEDURAL BACKGROUND

1.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This Motion concerns the administration of the Debtor's estate; and therefore, it is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief requested herein is 11 U.S.C. § 553.

2. On May 14, 2014, (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code (the "Chapter 11 Case"). *See* Docket No. 1.

3. The Debtor continues to operate its business and manage its property as a debtor in possession, pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

4. The Debtor was in the business of owning and operating Pizza Hut, Inc. ("Pizza Hut") restaurants in the greater Minneapolis metropolitan area.

5. For the reasons described in the memorandum in support of the Motion, filed concurrently herewith, the Debtor requests that this Court enter an order (i) authorizing Pizza Hut to set off from the escrow account all amounts due to Pizza Hut under the Franchise Agreement (including royalties, advertising, and other monetary obligations) through the Petition Date, and (ii) requiring Pizza Hut, upon completion of the de-identification work to Pizza Hut's satisfaction, to pay to the Debtor the balance of the funds in the escrow account less and except all amounts set off by Pizza Hut.

**WHEREFORE**, Sky Ventures, LLC requests the following relief from the Court:

1. Authorizing Pizza Hut, Inc. to set off from the escrow all amounts owed to it under the Franchise Agreement through May 14, 2014;

2. Pizza Hut, Inc. turn over to the Debtor the remaining funds in the escrow account;

3. The Debtor is authorized to pay the vendors on Schedule 1 the amounts set forth on the Schedule; and

4. All other relief as is just and equitable.

July 15, 2014                          LAPP, LIBRA, THOMSON, STOEBNER
                                        & PUSCH, CHARTERED


                                       Ralph V. Mitchell (#184639)
                                       120 South Sixth Street, Suite 2500
                                       Minneapolis, MN 55402
                                       (612) 343-4962 (Direct)
                                       *rmitchell@lapplibra.com*


                                       HELLER, DRAPER, PATRICK, HORN
                                        & DABNEY, L.L.C.

                                       */e/Douglas S. Draper*
                                       Douglas S. Draper, La. Bar No. 5073
                                       (Pro Hac Vice Pending)
                                       Leslie A. Collins, La. Bar No. 14891
                                       (Pro Hac Vice Pending)
                                       Greta M. Brouphy, La. Bar No. 26216
                                       (Pro Hac Vice Pending)
                                       650 Poydras Street, Suite 2500
                                       New Orleans, LA 70130-6103
                                       Telephone: 504.299.3333/Fax: 504.299.3399
                                       ddraper@hellerdraper.com
                                       lcollins@hellerdraper.com
                                       gbrouphy@hellerdraper.com

                                       **Counsel for Debtor**

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Chapter 11 |
| Sky Ventures, LLC | Case No. 14-42107-MER |
| Debtor. | |

**MEMORANDUM IN SUPPORT OF MOTION
TO ALLOW SET-OFF OF FUNDS BY PIZZA HUT, INC. AND
PAY PRE-PETITION DE-IDENTIFICATION CREDITORS**

**NOW INTO COURT**, through undersigned counsel comes Sky Ventures, LLC ("Debtor"), who files this Memorandum in Support of the Motion to Allow Set-Off of Funds by Pizza Hut, Inc. and Pay Pre-petition De-Identification Creditors. In support of the Motion, mover asserts:

1. Debtor filed for relief pursuant to Chapter 11 of the United States Bankruptcy Code on the 14th day of May, 2014 (the "Petition Date").

2. The Debtor was in the business of owning and operating Pizza Hut, Inc. ("Pizza Hut") restaurants in the greater Minneapolis metropolitan area.

3. Prior to the Petition Date the Debtor, in connection with its business, entered into a Franchise Agreement with Pizza Hut. The Franchise Agreement authorized the Debtor to use proprietary Pizza Hut trademarks in connection with the operation of the business.

4. The proprietary property included, but is not limited to, Pizza Hut signs, Pizza Hut stores designs, roof coloring, etc. The Franchise Agreement provided that, when the Debtor's rights to use the proprietary property terminated, the Debtor was required to both return the property and de-identify its locations. Failure to return property or de-identify would constitute a breach of the Franchise Agreement and a possible violation of the Lanham Act.

1

5. In December of 2013, the Debtor sold fifty-four (54) Pizza Hut locations to MUY Pizza Minnesota, LLC ("MUY").

6. In order to effectuate the sale and the assumption and assignment of the Debtor's Franchise Agreement to MUY and limit the Debtor's liquidated damages under the Franchise Agreement, Pizza Hut required the Debtor escrow with Pizza Hut a sum sufficient to de-identify locations that were not transferred to MUY. Attached as Exhibit 1 is the per property fund that was escrowed with Pizza Hut to pay for cost of the de-identification of the locations.

7. The Debtor has completed the de-identification work for nine (9) of the stores to the satisfaction of Pizza Hut. At the time this Motion is heard, the Debtor will have completed all de-identification work at the remaining stores for which the Court has been asked to approve the rejection of the related master lease.

8. The Debtor requests that this Court enter an order (i) authorizing Pizza Hut to set off from the escrow account all amounts due to Pizza Hut under the Franchise Agreement (including royalties, advertising, and other monetary obligations) through the Petition Date, and (ii) requiring Pizza Hut, upon completion of the de-identification work to Pizza Hut's satisfaction, to pay to the Debtor the balance of the funds in the escrow account less and except all amounts set off by Pizza Hut.

9. The Debtor proposes, with the funds received from Pizza Hut, to pay in full the claims of all vendors who performed services, worked or provided materials in connection with the de-identification process. A schedule of the amounts owed to such creditors is set forth on Exhibit 2.

10. The Debtor submits that legal basis for making the payments in this Motion are based upon the following:

(1) Pizza Hut possess a right of set-off pursuant to 11 U.S.C. § 553 for the payments of its claims under the Franchise Agreement;

(2) The de-identification creditors possess lien rights against the property to which they rendered services or provided materials. The Debtor, pursuant to stipulations entered with various landlords, is required to pay in full the claims of the de-identification creditors; and

(3) The funds to pay the de-identification creditors have been earmarked since December of 2013 when the Debtor paid the funds to de-identify the locations to Pizza Hut. The Debtor can only access the funds to pay de-identification creditors. Payment of the de-identification creditors was an essential term in Pizza Hut: (i) releasing the Debtor of liquidated damages under its Franchise Agreement; and (ii) allowing the sale of the fifty-four (54) units to MUY.

**WHEREFORE**, Sky Ventures, LLC requests the following relief from the Court:

1. Authorizing Pizza Hut, Inc. to set off from the escrow all amounts owed to it under the Franchise Agreement through May 14, 2014;

2. Pizza Hut, Inc. turn over to the Debtor the remaining funds in the escrow account;

3. The Debtor is authorized to pay the vendors on Schedule 1 the amounts set forth on the Schedule; and

4. All other relief as is just and equitable.

July 15, 2014                    LAPP, LIBRA, THOMSON, STOEBNER
                                 & PUSCH, CHARTERED

                                 Ralph V. Mitchell (#184639)
                                 120 South Sixth Street, Suite 2500
                                 Minneapolis, MN  55402
                                 (612) 343-4962 (Direct)

3

{00342053-4}
ACTIVE 202369172v.1

rmitchell@lapplibra.com


HELLER, DRAPER, PATRICK, HORN
 & DABNEY, L.L.C.

*/e/Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
(Pro Hac Vice Pending)
Leslie A. Collins, La. Bar No. 14891
(Pro Hac Vice Pending)
Greta M. Brouphy, La. Bar No. 26216
(Pro Hac Vice Pending)
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Telephone: 504.299.3333/Fax: 504.299.3399
ddraper@hellerdraper.com
lcollins@hellerdraper.com
gbrouphy@hellerdraper.com

**Counsel for Debtor**

Exhibit "1"

| Unit # | | Complete | project status | Remaining Due from PH | |
|---|---|---|---|---|---|
| 13776 | **Hibbing** | Yes | Completed | $25,000.00 | |
| 13778 | **Two Harbors** | Yes | Completed | $25,000.00 | |
| **13779** | **Ely** | Yes | Completed | $5,000.00 | $20,000.00 |
| **13782** | **Sauk Rapids** | Yes | Completed | $5,000.00 | $20,000.00 |
| 13783 | **Grand Rapids** | Yes | Completed | $25,000.00 | |
| **13786** | **Buffalo** | Yes | Completed | $5,000.00 | $20,000.00 |
| 13787 | **Elk River** | Yes | Completed | $25,000.00 | |
| 13791 | **Willmar** | Yes | Completed | $25,000.00 | |
| 13793 | **Cresko** | Yes | Completed | $25,000.00 | |
| 13796 | **Clear Lake** | Yes | Completed | $25,000.00 | |
| 13797 | **Forest City** | Yes | Completed | $25,000.00 | |
| **13799** | **Algona** | Yes | Completed | $5,000.00 | $20,000.00 |
| **13810** | **Hutchinson** | Yes | Completed | $5,000.00 | $20,000.00 |
| 13811 | **Marshall** | Yes | Completed | $25,000.00 | |
| **13812** | **Albert Lea** | Yes | Completed | $5,000.00 | $20,000.00 |
| 13826 | **Superior** | Yes | Completed | $25,000.00 | |
| 13855 | **Rochester** | Yes | Completed | $10,000.00 | |
| 13773 | Lakeville | Open | | $25,000.00 | |
| 13780 | Duluth | Open | | $25,000.00 | |
| 13788 | Sauk Center | Open | | $25,000.00 | |
| 13823 | Woodbury | Open | | $25,000.00 | |
| 13839 | Columbia Heights | Open | | $25,000.00 | |
| 13862 | Duluth | Open | | $10,000.00 | |
| Totals | | | | $425,000.00 | $120,000.00 |

Exhibit "2"

| Vendor Name | Invoice # | Date | Description | Store | | Dollar Amount |
|---|---|---|---|---|---|---|
| A+ | 27718 | 4/19/14 | Remove Refrigerant, disconnect equipment | 13793 | cresco | $461.85 |
| A+ | 27720 | 4/19/14 | Remove Refrigerant, disconnect equipment | 13796 | clear lake | $356.85 |
| A+ | 27721 | 4/19/14 | Remove Refrigerant, disconnect equipment | 13797 | forest city | $440.85 |
| | | | | | | $1,259.55 |
| Alpha | unknown | tbd | construction dumpster | 13773 | Lakeville | $400.00 |
| Alpha | unknown | tbd | construction dumpster | 13823 | Woodbury | $500.00 |
| Alpha | unknown | tbd | construction dumpster | 13839 | Col. Heights | $400.00 |
| | | | | | | $1,300.00 |
| Carlson | 0414-138 | 4/18/14 | Remove Refrigerant, disconnect equipment | 13778 | two harbors | $531.55 |
| Carlson | 0414-139 | 4/18/14 | Remove Refrigerant, disconnect equipment | 13826 | superior | $467.33 |
| Carlson | unknown | tbd | Remove Refrigerant, disconnect equipment | 13780 | duluth-london | $1,400.00 |
| Carlson | unknown | tbd | Remove Refrigerant, disconnect equipment | 13862 | duluth-grand | $700.00 |
| | | | | | | $3,098.88 |
| CKS | unknown | tbd | Remove Ovens | 13773 | Lakeville | $1,000.00 |
| CKS | unknown | tbd | Remove Ovens | 13778 | Sauk Centre | $1,500.00 |
| CKS | unknown | tbd | Remove Ovens | 13780 | Duluth-London | $1,500.00 |
| CKS | unknown | tbd | Remove Ovens | 13823 | Woodbury | $1,000.00 |
| CKS | unknown | tbd | Remove Ovens | 13839 | Col. Heights | $1,000.00 |
| CKS | unknown | tbd | Remove Ovens | 13862 | Duluth-Grand | $1,500.00 |
| | | | | | | $7,500.00 |
| Custom Creations | 4047 | 4/22/14 | Trailer, recycle, and Dump fee | 13787 | elk river | $2,000.34 |
| Custom Creations | unknown | tbd | Trailer, recycle, and Dump fee | 13773 | Lakeville | $2,500.00 |
| Custom Creations | unknown | tbd | Trailer, recycle, and Dump fee | 13823 | Woodbury | $2,100.00 |
| Custom Creations | unknown | tbd | Trailer, recycle, and Dump fee | 13839 | Col. Heights | $2,100.00 |
| | | | | | | $8,700.34 |
| Ellingson | unknown | tbd | Remove Refrigerant, disconnect equipment | 13788 | sauk centre | $1,500.00 |
| | | | | | | $1,500.00 |
| Geoff Michael Group Inc | 2058 | 4/8/14 | Remove and dispose of signage | 13791 | willmar | $1,782.00 |
| Geoff Michael Group Ince | 2072 | 4/24/14 | Removal and dispose of signage | 13811 | marshall | $1,350.63 |
| Geoff Michael Group Ince | 2073 | 4/28/14 | Disconnect/removal of pylon face lamps and scrap all | 13787 | elk river | $2,061.00 |
| Geoff Michael Group Ince | 2079 | 4/28/14 | Disconnect/removal of pylon face lamps and scrap all | 13776 | hibbing | $2,520.00 |
| Geoff Michael Group Ince | 2080 | 4/28/14 | Disconnect/removal of pylon face lamps and scrap all | 13783 | grand rapids | $2,160.00 |
| Geoff Michael Group Ince | 2081 | 4/28/14 | Disconnect/removal of pylon face lamps and scrap all | 13778 | two harbors | $1,971.00 |
| Geoff Michael Group Ince | 2082 | 4/28/14 | Disconnect/removal of pylon face lamps and scrap all | 13826 | superior | $1,890.00 |
| Geoff Michael Group Ince | 2083 | 4/28/14 | Disconnect/removal of pylon face lamps and scrap all | 13797 | forest city | $1,909.53 |
| Geoff Michael Group Ince | 2084 | 4/28/14 | Disconnect/remove and scrap wall signs | 13793 | cresco | $1,725.75 |
| Geoff Michael Group Ince | 2085 | 4/28/14 | Disconnect/removal of pylon face lamps and scrap all | 13796 | clear lake | $2,206.89 |
| Geoff Michael Group Ince | unknown | tbd | Disconnect/removal of pylon face lamps and scrap all | 13773 | Lakeville | $2,100.00 |
| Geoff Michael Group Ince | unknown | tbd | Disconnect/removal of pylon face lamps and scrap all | 13778 | Sauk Centre | $2,800.00 |
| Geoff Michael Group Ince | unknown | tbd | Disconnect/removal of pylon face lamps and scrap all | 13780 | Duluth-London | $2,800.00 |
| Geoff Michael Group Ince | unknown | tbd | Disconnect/removal of pylon face lamps and scrap all | 13823 | Woodbury | $2,100.00 |
| Geoff Michael Group Ince | unknown | tbd | Disconnect/removal of pylon face lamps and scrap all | 13839 | Col. Heights | $1,600.00 |
| Geoff Michael Group Ince | unknown | tbd | Disconnect/removal of pylon face lamps and scrap all | 13862 | Duluth-Grand | $1,200.00 |
| | | | | | | $32,176.80 |
| Hydro | PH21 | 4/21/14 | Roof painting | 13826 | superior | $1,750.00 |
| Hydro | PHR25 | 5/1/14 | Roof painting | 13791 | willmar | $4,500.00 |
| Hydro | PHR26 | 5/1/14 | Roof painting | 13793 | cresco | $4,500.00 |
| Hydro | PHR27 | 5/1/14 | Roof painting | 13796 | clear lake | $4,500.00 |
| Hydro | PHR29 | 5/1/14 | Roof painting | 13811 | marshall | $4,500.00 |
| Hydro | PHR31 | 5/1/14 | Roof painting | 13776 | hibbing | $4,500.00 |
| Hydro | PHR32 | 5/1/14 | Roof painting | 13778 | two harbors | $4,500.00 |
| Hydro | PHR35 | 5/1/14 | Roof painting | 13787 | elk river | $4,500.00 |
| Hydro | PHR24 | 4/28/14 | Roof painting | 13797 | forest city | $4,500.00 |
| Hydro | PHR42 | 6/24/14 | Roof painting | 13773 | Lakeville | $5,000.00 |
| Hydro | PHR38 | 6/24/14 | Roof painting | 13778 | Sauk Centre | $5,000.00 |
| Hydro | PHR37 | 6/24/14 | Roof painting | 13780 | Duluth-London | $5,000.00 |
| Hydro | PHR39 | 6/24/14 | Roof painting | 13823 | Woodbury | $5,000.00 |
| Hydro | PHR40 | 6/24/14 | Roof painting | 13839 | Col. Heights | $3,000.00 |
| Hydro | PHR41 | 6/24/14 | Roof painting | 13862 | Duluth-Grand | $3,000.00 |
| | | | | | | $63,750.00 |
| Lake Region Elecric | 13568 | 4/16/14 | Various elecrtical work | 13791 | willmar | $1,270.84 |
| | | | | | | $1,270.84 |
| Legend | SD4722 | 4/9/14 | Preliminary closure work including black out windows | 13791 | willmar | $2,108.43 |
| Legend | SD4836 | 4/29/14 | equipment removal and misc. de-id work | 13791 | willmar | $2,515.23 |
| Legend | SD4876 | 4/30/14 | Remove Equipment, misc. | 13826 | superior | $5,865.24 |
| Legend | SD4877 | 4/30/14 | De-identify store | 13778 | two harbors | $6,225.15 |
| Legend | SD4882 | 4/30/14 | Remove Equipment, misc. | 13796 | clear lake | $6,230.14 |
| Legend | SD4883 | 4/30/14 | Remove Equipment, misc. | 13797 | forest city | $6,252.82 |
| Legend | SD4884 | 4/30/14 | Remove Equipment, misc. | 13793 | cresco | $7,298.57 |
| Legend | unknown | tbd | Remove Equipment, misc. | 13780 | Duluth-London | $4,200.00 |
| Legend | unknown | tbd | Remove Equipment, misc. | 13862 | Duluth-Grand | $3,100.00 |
| | | | | | | $43,795.58 |
| MTG | 489355 | 4/30/14 | POS removal | 13793 | cresco | $112.35 |
| MTG | 489356 | 4/30/14 | POS removal | 13796 | clear lake | $112.35 |
| MTG | 489357 | 4/30/14 | POS removal | 13776 | hibbing | $149.63 |

| Vendor | Invoice | Date | Description | Store | Location | Amount |
|---|---|---|---|---|---|---|
| MTG | 489358 | 5/2/14 | POS removal | 13778 | two harbors | $842.71 |
| MTG | 489359 | 4/30/14 | POS removal | 13783 | grand rapids | $112.22 |
| MTG | 489360 | 4/30/14 | POS removal | 13787 | elk river | $356.43 |
| MTG | 489361 | 4/30/14 | POS removal | 13797 | clear lake | $607.76 |
| MTG | 489362 | 4/30/14 | POS removal | 13811 | marshall | $112.74 |
| MTG | 489363 | 4/30/14 | POS removal | 13826 | superior | $831.87 |
| MTG | unknown | tbd | POS removal | 13773 | Lakeville | $400.00 |
| MTG | unknown | tbd | POS removal | 13823 | Woodbury | $400.00 |
| MTG | unknown | tbd | POS removal | 13839 | Col. Heights | $400.00 |
| | | | | | | $4,438.06 |
| Royal Roofing | 14-084 | 4/14/14 | Remove existing metal on mansard, cut existing wood decking, vents to parapet | 13791 | willmar | $14,853.00 |
| Royal Roofing | 14-089 | 4/22/14 | De-identify buidling, remove parapet walls and flash in with TPO, new drip edge | 13776 | hibbing | $11,673.00 |
| Royal Roofing | 14-090 | 4/22/14 | De-identify Building and replace metal cap | 13778 | two harbors | $9,263.50 |
| Royal Roofing | 14-091 | 4/22/14 | De-identify Building and removal of parapet cap and install new ridge | 13796 | clear lake | $6,744.00 |
| Royal Roofing | 14-092 | 4/22/14 | De-identify Building and replace metal cap | 13793 | cresco | $10,022.00 |
| Royal Roofing | 14-093 | 4/22/14 | De-identify Building and replace metal cap | 13797 | forest city | $10,419.50 |
| Royal Roofing | 14-094 | 4/22/14 | De-identify Building and replace metal cap | 13811 | marshall | $9,411.00 |
| Royal Roofing | 14-110 | 4/29/14 | De-identify Building and replace metal cap | 13787 | elk river | $7,789.20 |
| Royal Roofing | 14-230 | 6/24/14 | De-identify Building and replace metal cap | 13773 | Lakeville | $12,000.00 |
| Royal Roofing | 14-232 | 6/24/14 | De-identify Building and replace metal cap | 13780 | duluth-london | $9,500.00 |
| Royal Roofing | 14-231 | 6/24/14 | De-identify Building and replace metal cap | 13788 | Sauk Centre | $12,000.00 |
| Royal Roofing | 14-229 | 6/24/14 | De-identify Building and replace metal cap | 13823 | Woodbury | $12,000.00 |
| | | | | | | $125,675.20 |
| Summit | 89263 | 4/24/14 | Black out windows, dispose of all debris and PH items | 13811 | marshall | $6,008.04 |
| Summit | 89264 | 4/24/14 | Black out windows, dispose of all debris and PH items | 13787 | elk river | $1,953.87 |
| Summit | 89265 | 4/24/14 | Black out windows, dispose of all debris and PH items | 13783 | grand rapids | $3,865.94 |
| Summit | 89266 | 4/24/14 | Black out windows, dispose of all debris and PH items | 13776 | hibbing | $5,198.51 |
| Summit | unknown | tbd | Remove Refrigerant, disconnect equipment | 13773 | Lakeville | $2,400.00 |
| Summit | unknown | tbd | Remove Refrigerant, disconnect equipment | 13823 | Woodbury | $2,400.00 |
| Summit | unknown | tbd | Remove Refrigerant, disconnect equipment | 13839 | Col. Heights | $1,300.00 |
| Summit | unknown | tbd | Black out windows, dispose of all debris and PH items | 13788 | Sauk Centre | $4,200.00 |
| | | | | | | $27,326.36 |
| summit fire | unknown | tbd | remove fire suppression | 13773 | Lakeville | $600.00 |
| summit fire | unknown | tbd | remove fire suppression | 13823 | Woodbury | $600.00 |
| summit fire | unknown | tbd | remove fire suppression | 13839 | Col. Heights | $600.00 |
| | | | | | | $1,800.00 |
| TH Contracting | | | | | | $0.00 |
| | | | | | | $0.00 |

Total $323,591.61

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

In re:                                                                                  Chapter 11

Sky Ventures, LLC                                                          Case No. 14-42107

          Debtor.

**UNSWORN CERTIFICATE OF SERVICE**

      I, Douglas S. Draper, declare under penalty of perjury that on July 15, 2014, I caused to be mailed copies of the of the following documents:

1. NOTICE OF HEARING AND MOTION TO ALLOW SET-OFF OF FUNDS BY PIZZA HUT, INC. AND PAY PRE-PETITION DE-IDENTIFICATION CREDITORS;

   and

2. MEMORANDUM IN SUPPORT OF MOTION TO ALLOW SET-OFF OF FUNDS BY PIZZA HUT, INC. AND PAY PRE-PETITION DE-IDENTIFICATION CREDITORS

by first class mail postage prepaid to each entity named on the Top 20 Unsecured Creditors, Spirit Master Funding, through its attorneys John R. McDonald jmcdonald@briggs.com, Benjamin Gurstelle bgurstelle@briggs.com, and Jason R. Asmus jasmus@briggs.com; Pizza Hut through W. Evanoff wevanoff@sidley.com.

VIA ELECTRONIC FILING:

- Jason R. Asmus jasmus@briggs.com, kganske@briggs.com
- Daniel C. Beck dbeck@winthrop.com, tcooke@winthrop.com
- Greta M Brouphy , kfritscher@hellerdraper.com;lcollins@hellerdraper.com
- Michael R Fadlovich michael.fadlovich@usdoj.gov
- Craig S Ganz ganzc@ballardspahr.com, hessm@ballardspahr.com;phxdocketing@ballardspahr.com
- Benjamin Gurstelle bgurstelle@briggs.com, soneill@briggs.com
- John R. McDonald jmcdonald@briggs.com, mjacobson@briggs.com
- Ralph Mitchell rmitchell@lapplibra.com, jpipp@lapplibra.com
- Matthew H. Morgan morgan@nka.com, assistant@nka.com
- Jacob B. Sellers jsellers@winthrop.com, rtri@winthrop.com
- US Trustee ustpregion12.mn.ecf@usdoj.gov

{00342226-1}

Dated: July 15, 2014          HELLER, DRAPER, PATRICK, HORN & DABNEY, LLC

                                        By:  */e/ Douglas S. Draper*
                                        DOUGLAS S. DRAPER (La. Bar No. 5073)
                                        LESLIE A. COLLINS (La Bar No. 14891)
                                        GRETA M. BROUPHY (La. Bar No. 26216)
                                        650 Poydras Street, Suite 2500
                                        New Orleans, Louisiana  70130
                                        Telephone:  504-299-3300
                                        Fax:  504-299-3399
                                        Attorneys for Debtor

Sky Ventures, LLC
TOP 20 UNSECURED CREDITORS

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| A+ Services | 4481 N. Frontage Rd. | | Rochester | MN | 55901 |
| Aaron Pohjola DBA AP Services of Duluth | 1806 W. Arrowhead Road | | Duluth | MN | 55811 |
| Carlson Refrigeration | 602 Ogden Avenue | | Superior | WI | 54880 |
| Custom Creations Remodeling | 1321 Andover Blvd. | Ste. 112 | Andover | MN | 55304 |
| Geoff Michael Group | 1713 Avocet Lane | | Mound | MN | 55364 |
| Hydro Restoration | 50 Glen Edge Rd. | | Dellwood | MN | 55110 |
| IPHFHA National | 7829 E Rockhill Street Ste 201 | | Wichita | KS | 67206-3918 |
| KFC National Council & Advertising Coop | P.O. Box 642474 | | Pittsburgh | PA | 15264-2474 |
| KFC Royalty | P.O. Box 203805 | | Dallas | TX | 75320-3805 |
| Lake Region Electric | 4601 113th Ave. NE | | Spicer | MN | 56288 |
| Legend Mechanical | 12467 Boone Ave. | Suite 1 | Savage | MN | 55378 |
| MacGillivray Ranch LLC | 225 Los Robles | | Templeton | CA | 93465 |
| MTG | 8555 123rd Street West | | Savage | MN | 55378 |
| Pizza Hut Inc-St Louis/YRSG | PO Box 955641 | | St Louis | MO | 63195-5641 |
| Quikorder, Inc. | 351 West Hubbard Street | Suite 501 | Chicago | IL | 60654 |
| Royal Roofing | PO Box 248 | | Monticello | MN | 55362 |
| Summit Facility & Kitchen Service , LLC | PO Box 1575 #159 | | Minneapol | MN | 55480-1575 |
| UFPC Smallwares Connection | PO Box 73184 | | Cleveland | OH | 44193 |
| Xcel Energy - Mpls MN | PO Box 9477 | | Minneapol | MN | 55484-9477 |
| Spirit Realty Capital | 16767 N. Perimeter Dr. | Suite 210 | Scottsdale | AZ | 85260 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Chapter 11 |
| Sky Ventures, LLC | Case No. 14-42107-MER |
| Debtor. | |

**ORDER GRANTING MOTION**
**TO ALLOW SET-OFF OF FUNDS BY PIZZA HUT, INC. AND**
**PAY PRE-PETITION DE-IDENTIFICATION CREDITORS**

Considering Sky Ventures, LLC's (the "Debtor") *Motion to Allow Set-Off of Funds by Pizza Hut, Inc. and Pay Pre-Petition De-Identification Creditors* (the "Motion"), lack of objection to the Motion, statements of counsel, and applicable law;

**IT IS ORDERED** that the Motion is granted.

**IT IS FURTHER ORDERED**, that pursuant to 11 U.S.C. § 553 Pizza Hut, Inc. is granted the authority to set off from the escrow account all amounts due to Pizza Hut, Inc. under the Franchise Agreement (including royalties, advertising, and other monetary obligations) through May, 14, 2014, the Petition Date.

**IT IS FURTHER ORDERED** that Pizza Hut, Inc. is required upon completion of the de-identification work to Pizza Hut's Inc. satisfaction, to pay to the Debtor the balance of the funds in the escrow account less and except all amounts set off by Pizza Hut, Inc.

**IT IS FURTHER ORDERED** that the Debtor is granted the authority to pay the claims of all vendors who performed services, worked or provided materials in connection with the de-identification process as set forth on Exhibit 1 attached hereto.

Dated: _____, 2014        _____
                                         Judge of U.S. Bankruptcy Court

{00342201-1}
ACTIVE 202369172v.1

1

| Vendor Name | Invoice # | Date | Description | Store | | Dollar Amount |
|---|---|---|---|---|---|---|
| A+ | 27718 | 4/19/14 | Remove Refrigerant, disconnect equipment | 13793 | cresco | $461.85 |
| A+ | 27720 | 4/19/14 | Remove Refrigerant, disconnect equipment | 13796 | clear lake | $356.85 |
| A+ | 27721 | 4/19/14 | Remove Refrigerant, disconnect equipment | 13797 | forest city | $440.85 |
| | | | | | | $1,259.55 |
| Alpha | unknown | tbd | construction dumpster | 13773 | Lakeville | $400.00 |
| Alpha | unknown | tbd | construction dumpster | 13823 | Woodbury | $500.00 |
| Alpha | unknown | tbd | construction dumpster | 13839 | Col. Heights | $400.00 |
| | | | | | | $1,300.00 |
| Carlson | 0414-138 | 4/18/14 | Remove Refrigerant, disconnect equipment | 13778 | two harbors | $531.55 |
| Carlson | 0414-139 | 4/18/14 | Remove Refrigerant, disconnect equipment | 13826 | superior | $467.33 |
| Carlson | unknown | tbd | Remove Refrigerant, disconnect equipment | 13780 | duluth-london | $1,400.00 |
| Carlson | unknown | tbd | Remove Refrigerant, disconnect equipment | 13862 | duluth-grand | $700.00 |
| | | | | | | $3,098.88 |
| CKS | unknown | tbd | Remove Ovens | 13773 | Lakeville | $1,000.00 |
| CKS | unknown | tbd | Remove Ovens | 13778 | Sauk Centre | $1,500.00 |
| CKS | unknown | tbd | Remove Ovens | 13780 | Duluth-London | $1,500.00 |
| CKS | unknown | tbd | Remove Ovens | 13823 | Woodbury | $1,000.00 |
| CKS | unknown | tbd | Remove Ovens | 13839 | Col. Heights | $1,000.00 |
| CKS | unknown | tbd | Remove Ovens | 13862 | Duluth-Grand | $1,500.00 |
| | | | | | | $7,500.00 |
| Custom Creations | 4047 | 4/22/14 | Trailer, recycle, and Dump fee | 13787 | elk river | $2,000.34 |
| Custom Creations | unknown | tbd | Trailer, recycle, and Dump fee | 13773 | Lakeville | $2,500.00 |
| Custom Creations | unknown | tbd | Trailer, recycle, and Dump fee | 13823 | Woodbury | $2,100.00 |
| Custom Creations | unknown | tbd | Trailer, recycle, and Dump fee | 13839 | Col. Heights | $2,100.00 |
| | | | | | | $8,700.34 |
| Ellingson | unknown | tbd | Remove Refrigerant, disconnect equipment | 13788 | sauk centre | $1,500.00 |
| | | | | | | $1,500.00 |
| Geoff Michael Group Inc | 2058 | 4/8/14 | Remove and dispose of signage | 13791 | willmar | $1,782.00 |
| Geoff Michael Group Ince | 2072 | 4/24/14 | Removal and dispose of signage | 13811 | marshall | $1,350.63 |
| Geoff Michael Group Ince | 2073 | 4/28/14 | Disconnect/removal of pylon face lamps and scrap all | 13787 | elk river | $2,061.00 |
| Geoff Michael Group Ince | 2079 | 4/28/14 | Disconnect/removal of pylon face lamps and scrap all | 13776 | hibbing | $2,520.00 |
| Geoff Michael Group Ince | 2080 | 4/28/14 | Disconnect/removal of pylon face lamps and scrap all | 13783 | grand rapids | $2,160.00 |
| Geoff Michael Group Ince | 2081 | 4/28/14 | Disconnect/removal of pylon face lamps and scrap all | 13778 | two harbors | $1,971.00 |
| Geoff Michael Group Ince | 2082 | 4/28/14 | Disconnect/removal of pylon face lamps and scrap all | 13826 | superior | $1,890.00 |
| Geoff Michael Group Ince | 2083 | 4/28/14 | Disconnect/removal of pylon face lamps and scrap all | 13797 | forest city | $1,909.53 |
| Geoff Michael Group Ince | 2084 | 4/28/14 | Disconnect/remove and scrap wall signs | 13793 | cresco | $1,725.75 |
| Geoff Michael Group Ince | 2085 | 4/28/14 | Disconnect/removal of pylon face lamps and scrap all | 13796 | clear lake | $2,206.89 |
| Geoff Michael Group Ince | unknown | tbd | Disconnect/removal of pylon face lamps and scrap all | 13773 | Lakeville | $2,100.00 |
| Geoff Michael Group Ince | unknown | tbd | Disconnect/removal of pylon face lamps and scrap all | 13778 | Sauk Centre | $2,800.00 |
| Geoff Michael Group Ince | unknown | tbd | Disconnect/removal of pylon face lamps and scrap all | 13780 | Duluth-London | $2,800.00 |
| Geoff Michael Group Ince | unknown | tbd | Disconnect/removal of pylon face lamps and scrap all | 13823 | Woodbury | $2,100.00 |
| Geoff Michael Group Ince | unknown | tbd | Disconnect/removal of pylon face lamps and scrap all | 13839 | Col. Heights | $1,600.00 |
| Geoff Michael Group Ince | unknown | tbd | Disconnect/removal of pylon face lamps and scrap all | 13862 | Duluth-Grand | $1,200.00 |
| | | | | | | $32,176.80 |
| Hydro | PH21 | 4/21/14 | Roof painting | 13826 | superior | $1,750.00 |
| Hydro | PHR25 | 5/1/14 | Roof painting | 13791 | willmar | $4,500.00 |
| Hydro | PHR26 | 5/1/14 | Roof painting | 13793 | cresco | $4,500.00 |
| Hydro | PHR27 | 5/1/14 | Roof painting | 13796 | clear lake | $4,500.00 |
| Hydro | PHR29 | 5/1/14 | Roof painting | 13811 | marshall | $4,500.00 |
| Hydro | PHR31 | 5/1/14 | Roof painting | 13776 | hibbing | $4,500.00 |
| Hydro | PHR32 | 5/1/14 | Roof painting | 13778 | two harbors | $4,500.00 |
| Hydro | PHR35 | 5/1/14 | Roof painting | 13787 | elk river | $4,500.00 |
| Hydro | PHR24 | 4/28/14 | Roof painting | 13797 | forest city | $4,500.00 |
| Hydro | PHR42 | 6/24/14 | Roof painting | 13773 | Lakeville | $5,000.00 |
| Hydro | PHR38 | 6/24/14 | Roof painting | 13778 | Sauk Centre | $5,000.00 |
| Hydro | PHR37 | 6/24/14 | Roof painting | 13780 | Duluth-London | $5,000.00 |
| Hydro | PHR39 | 6/24/14 | Roof painting | 13823 | Woodbury | $5,000.00 |
| Hydro | PHR40 | 6/24/14 | Roof painting | 13839 | Col. Heights | $3,000.00 |
| Hydro | PHR41 | 6/24/14 | Roof painting | 13862 | Duluth-Grand | $3,000.00 |
| | | | | | | $63,750.00 |
| Lake Region Elecric | 13568 | 4/16/14 | Various elecrtical work | 13791 | willmar | $1,270.84 |
| | | | | | | $1,270.84 |
| Legend | SD4722 | 4/9/14 | Preliminary closure work including black out windows | 13791 | willmar | $2,108.43 |
| Legend | SD4836 | 4/29/14 | equipment removal and misc. de-id work | 13791 | willmar | $2,515.23 |
| Legend | SD4876 | 4/30/14 | Remove Equipment, misc. | 13826 | superior | $5,865.24 |
| Legend | SD4877 | 4/30/14 | De-identify store | 13778 | two harbors | $6,225.15 |
| Legend | SD4882 | 4/30/14 | Remove Equipment, misc. | 13796 | clear lake | $6,230.14 |
| Legend | SD4883 | 4/30/14 | Remove Equipment, misc. | 13797 | forest city | $6,252.82 |
| Legend | SD4884 | 4/30/14 | Remove Equipment, misc. | 13793 | cresco | $7,298.57 |
| Legend | unknown | tbd | Remove Equipment, misc. | 13780 | Duluth-London | $4,200.00 |
| Legend | unknown | tbd | Remove Equipment, misc. | 13862 | Duluth-Grand | $3,100.00 |
| | | | | | | $43,795.58 |
| MTG | 489355 | 4/30/14 | POS removal | 13793 | cresco | $112.35 |
| MTG | 489356 | 4/30/14 | POS removal | 13796 | clear lake | $112.35 |
| MTG | 489357 | 4/30/14 | POS removal | 13776 | hibbing | $149.63 |

| Vendor | Invoice | Date | Description | Store | Location | Amount |
|---|---|---|---|---|---|---|
| MTG | 489358 | 5/2/14 | POS removal | 13778 | two harbors | $842.71 |
| MTG | 489359 | 4/30/14 | POS removal | 13783 | grand rapids | $112.22 |
| MTG | 489360 | 4/30/14 | POS removal | 13787 | elk river | $356.43 |
| MTG | 489361 | 4/30/14 | POS removal | 13797 | clear lake | $607.76 |
| MTG | 489362 | 4/30/14 | POS removal | 13811 | marshall | $112.74 |
| MTG | 489363 | 4/30/14 | POS removal | 13826 | superior | $831.87 |
| MTG | unknown | tbd | POS removal | 13773 | Lakeville | $400.00 |
| MTG | unknown | tbd | POS removal | 13823 | Woodbury | $400.00 |
| MTG | unknown | tbd | POS removal | 13839 | Col. Heights | $400.00 |
| | | | | | | $4,438.06 |
| Royal Roofing | 14-084 | 4/14/14 | Remove existing metal on mansard, cut existing wood decking, vents to parapet | 13791 | willmar | $14,853.00 |
| Royal Roofing | 14-089 | 4/22/14 | De-identify buidling, remove parapet walls and flash in with TPO, new drip edge | 13776 | hibbing | $11,673.00 |
| Royal Roofing | 14-090 | 4/22/14 | De-identify Building and replace metal cap | 13778 | two harbors | $9,263.50 |
| Royal Roofing | 14-091 | 4/22/14 | De-identify Building and removal of parapet cap and install new ridge | 13796 | clear lake | $6,744.00 |
| Royal Roofing | 14-092 | 4/22/14 | De-identify Building and replace metal cap | 13793 | cresco | $10,022.00 |
| Royal Roofing | 14-093 | 4/22/14 | De-identify Building and replace metal cap | 13797 | forest city | $10,419.50 |
| Royal Roofing | 14-094 | 4/22/14 | De-identify Building and replace metal cap | 13811 | marshall | $9,411.00 |
| Royal Roofing | 14-110 | 4/29/14 | De-identify Building and replace metal cap | 13787 | elk river | $7,789.20 |
| Royal Roofing | 14-230 | 6/24/14 | De-identify Building and replace metal cap | 13773 | Lakeville | $12,000.00 |
| Royal Roofing | 14-232 | 6/24/14 | De-identify Building and replace metal cap | 13780 | duluth-london | $9,500.00 |
| Royal Roofing | 14-231 | 6/24/14 | De-identify Building and replace metal cap | 13788 | Sauk Centre | $12,000.00 |
| Royal Roofing | 14-229 | 6/24/14 | De-identify Building and replace metal cap | 13823 | Woodbury | $12,000.00 |
| | | | | | | $125,675.20 |
| Summit | 89263 | 4/24/14 | Black out windows, dispose of all debris and PH items | 13811 | marshall | $6,008.04 |
| Summit | 89264 | 4/24/14 | Black out windows, dispose of all debris and PH items | 13787 | elk river | $1,953.87 |
| Summit | 89265 | 4/24/14 | Black out windows, dispose of all debris and PH items | 13783 | grand rapids | $3,865.94 |
| Summit | 89266 | 4/24/14 | Black out windows, dispose of all debris and PH items | 13776 | hibbing | $5,198.51 |
| Summit | unknown | tbd | Remove Refrigerant, disconnect equipment | 13773 | Lakeville | $2,400.00 |
| Summit | unknown | tbd | Remove Refrigerant, disconnect equipment | 13823 | Woodbury | $2,400.00 |
| Summit | unknown | tbd | Remove Refrigerant, disconnect equipment | 13839 | Col. Heights | $1,300.00 |
| Summit | unknown | tbd | Black out windows, dispose of all debris and PH items | 13788 | Sauk Centre | $4,200.00 |
| | | | | | | $27,326.36 |
| summit fire | unknown | tbd | remove fire suppression | 13773 | Lakeville | $600.00 |
| summit fire | unknown | tbd | remove fire suppression | 13823 | Woodbury | $600.00 |
| summit fire | unknown | tbd | remove fire suppression | 13839 | Col. Heights | $600.00 |
| | | | | | | $1,800.00 |
| TH Contracting | | | | | | $0.00 |
| | | | | | | $0.00 |

Total  $323,591.61